61390. BRINSON v. THE STATE.

McMURRAY, Presiding Judge.

The Supreme Court, in *State v. Brinson,* 248 Ga. 380 (1) (283 SE2d 463), having reversed the judgment (and remanded for compliance therewith) in *Brinson v. State,* 158 Ga. App. 189 (1) (279 SE2d 488), that judgment is vacated and set aside in accordance with the direction of the Supreme Court in *State v. Brinson,* 248 Ga. 380, supra, at page 382 (5). The judgment of the trial court is affirmed.

*Judgment affirmed. Quillian, C. J., Deen, P. J., Shulman, P. J., Banke, Birdsong, Carley, Sognier and Pope, JJ., concur.*

Decided February 3, 1982.

J. Lynn Rainey, Samuel D. Ozburn, for appellant.

J. W. Morgan, District Attorney, Charles E. Day, Assistant District Attorney, for appellee.